**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00305-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

The Court has before it appellant's June 28, 2013 "request for temporary relief motion for stay of court proceedings regarding suit affecting parent/child relations."  The Court **DENIES** the motion.

/s/ ELIZABETH LANG-MIERS
   JUSTICE